## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 5, 2009**

Mr. John B. Thurman , Jr.
Attorney at Law
4700 West Commercial Drive
Suite B2
North Little Rock , AR 72116-8073

    Re: *Lube v. Travelers Indemnity Company*, 4:09-CV-00063-WRW

Dear Mr. Thurman:

I have received Defendant's Motion to Compel, which was filed on September 17, 2009.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Thursday, October 8, 2009, I will grant the motion.

                                 Cordially,

                                 /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court

---

[1] The response was due on Thursday, October 1, 2009.