**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHRISTOPHER LUBE**                                                                                          **PLAINTIFF**

**v.**                                                   **4:09CV00063-WRW**

**TRAVELERS INDEMNITY COMPANY**                                               **DEFENDANT**

**ORDER**

Pending is Defendant's Motion to Compel (Doc. No. 11). I have read the Motion, and it is well taken. Plaintiff did not file a response to the motion by the original response date, which was Thursday, October 1, 2009. An October 5, 2009, letter from the Court to Plaintiff warned that: "[i]f you choose not to respond by 5:00 p.m. on Thursday, October 8, 2009, I will grant [Defendant's] motion."[1] Plaintiff has, to date, filed no response. Accordingly, Defendant's Motion is GRANTED. Plaintiff is directed to answer Defendant's Interrogatories and Requests for Production within 20 day from the date of this Order.

IT IS SO ORDERED this 14th day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 12.