IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER LUBE**                                                                                           **PLAINTIFF**

v.                                                  **4:09-CV-00063-WRW**

**TRAVELERS INDEMNITY COMPANY**                                                            **DEFENDANT**

## ORDER

Pending are Defendant's Motion for Protective Order (Doc. No. 17) and Motion to Dismiss (Doc. No. 19). Plaintiff has responded.[1] Defendant's Motions are DENIED. If Plaintiff's Response[2] to Defendant's Motion to Dismiss[3] does not adequately explain the alleged deficiencies in Plaintiff's discovery responses, Defendant may file a motion to compel if it wishes.

IT IS SO ORDERED this 9th day of December, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 27, 28.

[2] Doc. No. 28.

[3] Doc. No. 19.